IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| JUNIUS CLAIBORNE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HARRY E. WILSON, ET AL. | : | NO. 06-1560 |


ORDER

_____AND NOW, this 26th day of September 2007, upon careful consideration of the

petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of

th Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and

any objections filed thereto, IT IS ORDERED that:

      1.  The Report and Recommendation is APPROVED AND ADOPTED.

      2.  The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §

2254 is DISMISSED.

      3.  There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J